# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 22, 2025

*Before*

DAVID F. HAMILTON, *Circuit Judge*

| No. 24-1557 | UNITED STATES OF AMERICA, Plaintiff - Appellee v. MARK SORENSEN, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00745-1 Northern District of Illinois, Eastern Division District Judge Franklin U. Valderrama ||

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME**, filed on April 21, 2025, by counsel for the appellee,

**IT IS ORDERED** that the motion is **GRANTED**. Appellee's petition for rehearing, if any, is due by May 28, 2025.